[No. 22262-1-II.    Division Two.    July 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIS E. BRIGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 97-1-00017-1, Joel M. Penoyar, J., entered August 8, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Hunt, JJ.

[No. 22321-0-II.    Division Two.    July 17, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. ROBERT LEWIS JORDAN, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 97-1-00147-6, David R. Draper, J., entered August 5, 1997. *Reversed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Seinfeld, JJ. Now published at 92 Wn. App. 25.

[No. 41272-8-I.    Division One.    June 22, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY J. HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-02499-6, Charles V. Johnson, J., entered August 19, 1997. *Reversed* by unpublished opinion per Coleman, J., concurred in by Kennedy, C.J., and Grosse, J.

[No. 21252-8-II.    Division Two.    July 2, 1998.]

*In the Matter of the Marriage of* MICHAEL E. ALLEN, *Appellant*, and STEPHANIE TUCCI-ALLEN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-3-05083-1, Arthur W. Verharen, J., entered September 27, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Seinfeld and Armstrong, JJ.